■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH ZERWICK, Appellant.—Appeal by the defendant from four judgments of the County Court, Nassau County (Kepner, J.), all rendered January 14, 1983.

Ordered that the judgments are affirmed *(see, People v Greenridge,* 129 AD2d 585). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.